SECOND COURT OF APPEALS
OF
FORT WORTH TEXAS

2-15-178-CV

RECEIVED

MAY 2 6 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

MAY 2 8 2015

DEBRA SPISAK, CLERK

FILED
COURT OF APPEALS
SECOND DISTRICT OF TEXAS

MAY 2 8 2015

DEBRA SPISAK, CLERK

LEAVE TO FILE A
WRIT OF MANDAMUS

RELATOR THEODIS DODSON

V.

THE STATE OF TEXAS

TRIAL CASE No. 1076950

HONORABLE JUDGE
ELIZABETH BEACH
COC #1

PARITIES :

THEODIS DODSON
# 1490901
CONNALLY UNIT
899 FM 632
KENEDY TX. 78119
REALATOR

HONORABLE JUDGE
ELIZABETH BEACH
COC NUMBER 1 5th FL.
401 WEST BELKNAP
FORT WORTH TX. 76196

i

# TABLE OF CONTENTS

IDENTITY OF THE PARTIES ............... i

INDEX OF AUTHORITIES ............... iii (3A), 3B

STATEMENT OF THE CASE ............... 4-5

ARGUMENT ............... 6-10

ISSUE PRESENTED ............... 6-10

CONCLUSION AND PRAYER ............... 10-11

CERTIFICATE OF SERVICE ............... 11

EXHIBITS A, B ............... 12, 13

CERTIFICATE OF TRUTH ............... 11

# INDEX OF AUTHORITIES

CANADIAN HELICOPTERS Ltd v. Wittig, 876 SW2d 304, 305 (TEX.1994) — 7

JOHNSON v. FOURTH COURT OF APPEALS 700 S.W.2d 916, 917 (TEX. 1985) — 7

STODER v. MASSEY, 586 SW2d 843, 846 (TEX. 1979) — 7

O'CONNOR v. FIRST COURT OF APPEALS 837 SW2d 94, 97 (TEX. 1992) — 8

IN RE CHAVEZ, 62 SW3d 225, 228 (TEX. APP - AMARILLO 2001, orig. Proc.) — 8

JAMAR v. PATTERSON, 868 SW2d 318, 319 (TEX. 1993) — 8

IN RE SMITH, 263 S.W. 3d 93, 95 (TEX. APP - Houston [1ST Dist.] 2006 orig Proceeding). — 8

Stokes v. Aberdeen INS. 917 SW2d 267, 268 (TEX. 1996) — 8

## STATUTES

TRCPS or TRAP — 8

JAMAR v. PATTERSON, 868 SW2d 318, 318 N.2 (TEX.1993) — 8

TARRANT CTY. LOC. R. 3.06 (B) — 8

CPLC R 136.001 (a) — 9

(3)A

CF. THOMAS V. RAY 889 SW2d 237, 238          9
(TEX. 1994)

WALKER, 135 SW3d At 684          9

IN RE VILLARREAL, 96 SW3d 708, 710 -          9
711 (TEX. APP AMARILLO 2003)

TEX. CODE JUD. CONDUCT
CANON 3 (1994) REPRINTED
IN TEX. GOV'T CODE ANN. TIT 2          6, 8, 9, 10

(BB)

## STATEMENT OF THE CASE

Relator Filed A motion For DNA testing on December 27, 2013 in Regards To Case number 1071695D the state gave an Response on April 16, 2014 And the Judge Elizabeth Beach Agreed With the state And An order Was given to deny the motion see Exhibit "A" Attach. on March 4, 2015. Relator Filed His Petition For writ of mandamus seeking this Court To order the trial Court To Rule on His motion For Free Records. see Leave to File writ of mandamus ("Petition"), No. 02-15-072-CV. On March 10, 2015 this Court ordered the real PArty in interest to File A response. see Order. No. 02-15-072-CV. On March 20th 2015 The State gave A Response To Relator Petition For writ of mandamus see. Relator Leave to File mandamus ("Petition"). THE STATE Exhibited A-H Attach to their Response Exhibit "A" shows that there Are VI Volumes of the criminal Docket Sheet And it was certified on March 18, 2015. That is when Relator Realize that there is no order by the Judge Honorable Judge used to be Sharen Wilson or Honorable Judge Elizabeth Beach to destroy Any evidence in Case No's. 1071695D or 1072134. Relator sent Honorable Judge Elizabeth Beach And Her Court Coordinator A motion To show Cause To Have The Watauga Police Department

(4)

To answer on who ordered them to destroy all evidence in his case. Case number 1071695D as well as have the custodian of records for Watauga Police Department Vicki Seay to respond to such show cause order. Relator also sent a motion to dismiss the case with prejudice because the Watauga Police Department and Vicki Seay destroyed evidence in bad faith without notifying Relator and not haveing an order by Ms. Wilson or Judge Beach. Relator sent both motions by certified mail it was received on April 15, 2015 Article # 7014 2120 0001 9276 7827. Both motions has been over (30) days. See "Exhibit B" attach green card. Under Judicial Conduct canon 3 for Judges its their oath to rule on a motion and the evidence shows the judge abused its distrection. or has not made a ruling.

(5)

## ISSUE PRESENTED WITH ARGUMENT

IS IT AN ABUSED OF DISCRETION FOR THE Judge UNDER JUDICIAL CONDUCT TEXAS GOV'T CODE ANN title2 CANON 3 (1994) NOT to RULE ON AN timely Motion.

## FACTS

THE EVIDENCE CLEARLY SHOWS THAT RELATOR SENT A Motion to SHOW CAUSE ORDER AND A Motion to Dismiss WITH PREJUDICE BY Certified MAIL SEE. Green CARD EXHIBIT B" ATTACH Certified Number 7014 2120 0001 9276 7827. He SENT THE Motions to Judge ELIZABETH BEACH AND to HER COURT Coordinator To Be PLACED ON THE Docket FOR A HEARING. It WAS received BY tarrant County MAIL ROOM ON APRIL 15, 2015. THE Motion DEALT WITH WHO ORDERED THE WATAUGA Police DEPARTMENT OR THE Custodian of records of Property Vicki SEAY to Destroy All THE evidence IN CASE Number 1076950 WHEN THE Docket SHEETS DOESN'T SHOW THAT AN ORDER WAS given by MS. SHARED Wilson Now District Attorney of Fort Worth TEXAS OR Judge BEACH NOR HAVE the STATE given Relator Notice THAT they where going to Destroy ANY evidence They Destroyed THE evidence IN BAD FAITH

(6)

# ARGUMENTS

## STANDARD OF REVIEW

Mandamus is an extraordinary remedy, available only in limited circumstances. Canadian Helicopters Ltd v. Witting, 876 S.W. 2d 304, 305 (Tex. 1994). It is the burden of the relator to show entitlement to the relief being requested. See generally Johnson v. Fourth Court of Appeals, 700 S.W. 2d 916, 917 (Tex. 1985) (orig. Proceeding). In order to be entitled to relief, the relator must show the following: (1) A legal duty to perform; (2) A demand for performance; And (3) A refusal to Act. See. Stoner v. Massey, 586 SW2d 843, 846 (Tex. 1979)

Relator's petition should be granted because relator has shown and demonstrated that His motion has been filed or Brought to the attention of the trial court.

Relator Attach "Exhibit B" certified green card that Tarrant county stamped mail room received it on April 15, 2015 it was sent to Judge Beach and Her court coordinator. It Also shows its Been over (30) days and the Judge has not made an

(7)

Attempt to rule on either motion. see. TEX. CODE JUD. CONDUCT CANON 3 (1994) reprinted in TEX. GOV'T CODE ANN TIT. 2

It is well settled that a trial court is not required to consider a motion when it has not been presented with said motion. O'CONNOR V. FIRST COURT OF APPEALS, 837 SW2d 94, 97 (TEX. 1992)

("MANDAMUS will issue when there is A LEGAL duty to perform A Non-discretionary Act, A demand for Performance and A REFUSAL."); see Also IN RE CHAVEZ, 62 SW3d 225, 228. (TEX. APP. Amarillo 2001)

Documents Are Considered Filed when they REACH the COURT. JAMAR V. PATTERSON, 868 S.W. 2d 318, 319 (TEX. 1993); IN re SMITH, 263 S.W. 3d 93, 95 (TEX. APP-Houston (1st Dist.) 2006, Orig Proceeding); see. STOKES V. Aberdeen INS., 917 SW. 2d 267, 268 (TEX. 1996) (mailing document to Proper Court Address controls over naming correct court representative).

LOCAL rules cannot impose Additional restrictions on WHAT constitutes A "Filing" under the TRCPs (or the TRAPS). JAMAR V. Patterson, 868 SW2d 318, 318 N. 2 (TEX. 1993)

Both of Relators motion HAS An Certificate of Conference when He sent the motion Certified Mail. See. TARRANT CTY. LOC. R. 3.06 (b)

(8)(A)

When a document is mailed with the correct address and proper postage, there is presumption that it was received. CF. THOMAS V. RAY 889 SW2d 237. 238 (TEX. 1994)

Green Card. To prove filing by certified mail, return receipt requested. A party may introduce the "green card" returned from the post office which shows the date the document was received by the clerk. And the Bar coded, white and green postal receipt USPS Forms 3800, 3811.

See. WALKER, 135 S.W.3d. At 689 (Pro se inmate's document placed in properly addressed and stamped envelope is deemed filed when prison authorities receive document to be mailed.

The document was sent by certified mail See. C CPRC § 136.001(9)

The burden is on relator to show that the district court knew of its duty to act and neglected to perform it. See. IN RE VILLARREAL, 96 S.W.3d 708, 710-711 (TEX. APP-Amarillo 2003)

Relator cites again TEX. CODE. JUD. CONDUCT CANON 3 (1994) reprinted in TEX. GOV'T CODE ANN tit 2

It is not an discretion not to rule on a motion its the judge duties to rule if they don't rule they're violateing

(9)

These ous ALLE . C . TEX. Code Jud . Conduct CANON 3 (1994) reprinted In TEX. gou'T Code And tit 2

Relator HAS proved he is entitled to relief.

X X X X X X X X X X X X X X X

(•) THis mandamus is Not moot he request this Court to Not Judge him As the same standards As An Attorney. An Attorney CAN present his or her motion personally to the Judge or clerk And prisoner CAN only used the postal service by certified mail.

## CoNCLusIoN AND PRAYER

under TEX. Code Jud. Conduct CANON 3 C (1994) reprinted In TEX. gou'T Code And tit. 2. Clearly shows its the Judge Judicial Duty to rule on All motions they Just CANt rule on them some of the time. Relator HAS Demonstrated that this trial Coc / Judge BEACH HAS Failed to Act. Relator Prays for relief Deem Just And Prays that he give A CHANCE to be HEARD.

Sincerely Submitted

J Leadro Jackson

5-18-2015

(10)

WHEREFORE, PREMISES CONSIDERED.
Relator PRAYS the Court will grant
Relators leave to file writ of mandamus.

Respectfully
submitted,

*J. Leadis Jackson*
Relator PRO SE

5-18-2015

## CERTIFICATE OF SERVICE

A true copy of the above leave to file
writ of mandamus was mailed to the clerk
of the 2nd Court of Appeals of Fort Worth
TEXAS. Tim Curry Criminal Justice Center
401 W. Belknap Suite 9000 Ft. Worth TX. 76196

*J. Leadis Jackson*
5-18-2015

## CERTIFICATE OF TRUTH

I declare under penalty of perjury
All things are true in this petition
on this day of 5-18-2015

*J. Leadis Jackson*

5-18-2015

VII

EXHibit A
Attach

_____

(12)



# TARRANT COUNTY

OFFICE OF THE
CRIMINAL DISTRICT ATTORNEY
www.tarrantda.com

JOE SHANNON, JR.
CRIMINAL DISTRICT ATTORNEY
817/884-1400

April 16, 2014

TIM CURRY CRIMINAL JUSTICE CENTER
401 W. BELKNAP
FORT WORTH, TX 76196-0201

Mr. Theodis Dodson
TDCJ-ID#: 1490901
Connally Unit
899 FM 632
Kenedy, Texas 78119

RE:  Dodson, Theodis – Case No's. 1072134D; 1071695D

Dear Sir,

Enclosed, please find file marked copies of the State's Proposed Memorandum, Findings of Fact and Conclusions of Law in the above referenced cases which were filed this date with the Tarrant County District Clerk's Office.

Sincerely,

Litigation Specialist

Enclosures

```
CYME/SPE6744          IN-FORMA-PAUPERIS DATA                    12:46:36
TDCJ#: 01490901 SID#: 05773110 LOCATION: CONNALLY      INDIGENT DTE: 04/21/15
NAME: DODSON, THEODIS JR              BEGINNING PERIOD: 11/01/14
PREVIOUS TDCJ NUMBERS: 00894458
CURRENT BAL:        0.00 TOT HOLD AMT:        0.00 3MTH TOT DEP:        80.00
6MTH DEP:        250.00 6MTH AVG BAL:       12.84 6MTH AVG DEP:         41.67
MONTH HIGHEST BALANCE TOTAL DEPOSITS   MONTH HIGHEST BALANCE TOTAL DEPOSITS
04/15       68.42         0.00         01/15      100.37        100.00
03/15       69.40        70.00         12/14       63.78         70.00
02/15       10.37        10.00         11/14        0.37          0.00
PROCESS DATE   HOLD AMOUNT    HOLD DESCRIPTION
```

STATE OF TEXAS COUNTY OF _Karnes_
ON THIS THE _18th_ DAY OF _May_  _2015_, I CERTIFY THAT THIS DOCUMENT IS A TRUE,
COMPLETE, AND UNALTERED COPY MADE BY ME OF INFORMATION CONTAINED IN THE
COMPUTER DATABASE REGARDING THE OFFENDER'S ACCOUNT. NP SIG:
PF1-HELP PF3-END ENTER NEXT TDCJ NUMBER: _1490901_ OR SID NUMBER: _____

SYLVIA
LYNN PETERSEN
Notary Public, State of Texas
My Commission Expires
10-11-2017
Notary Without Bond

NO. 1071695D

| STATE OF TEXAS | § | IN THE CRIMINAL DISTRICT |
| | § | |
| V. | § | COURT NUMBER ONE OF |
| | § | |
| THEODIS DODSON | § | TARRANT COUNTY, TEXAS |

FILED
TARRANT COUNTY
2014 APR 16 PM 2:2
THOMAS A. WILDER
DISTRICT CLERK

## ORDER

The Court adopts the State's Memorandum, Findings of Fact and Conclusions of Law. The request for appointment of counsel and motion for DNA testing of THEODIS DODSON ("Defendant") are both **DENIED** because identity is not and was not at issue. *See* Tex. Code Crim. Proc. Ann. arts. 64.01(c); 64.03(a)(1)(B) (West 2013). The Court further orders and directs:

The Clerk of this Court to furnish a copy of this Order to Defendant, Mr. Theodis Dodson, TDCJ-ID# 1490901, Connally Unit, 899 FM 632, Kenedy, Texas 78119 (or to Defendant's most recent address), and to the appellate section of the District Attorney's Office.

SIGNED AND ENTERED this 16th day of April, 2014.

_Elizabeth Beach_
JUDGE PRESIDING

cc Mr. Theodis Dodson

SCANN

EXHIBIT

B

ATTACH

---

(1) green CARD / certifico Number
7014 2120 0001 9276 7827

(13)

green CARD
April 15, 2015

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X / RECEIVED ☐ Agent ☐ Addressee

B. Received by ( Printed Name) APR 15 2015  C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

1. Article Addressed to:

HONORABLE JUDGE
ELIZABETH BEACH
OR COURT COORDINATOR
OF CRIMINAL DISTRICT
COURT NUMBER 1  5th FLOOR
401 WEST BELKNAP
FORT WORTH, TX. 76196

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number
(Transfer from service label)  7014 2120 0001 9276 7827

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

**RECEIVED**

MAY 2 6 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK

Court OF APPEALS
2ND DISTRICT OF TEXAS
Tim Curry Criminal Just. Ctr.
401 W. Belknap, Suite 9000
Ft. Worth TX. 76196
( 5-18-2015)

2-15-178-TV

Mr. Theodis Dodson
#1490901
Connally Unit
899 Fm 632
Kenedy TX 78119

Dear Clerk,

Please File my Leave to File Writ of
Mandamus And motion to File Less
Copies And A (Six) month Statement Attach
to waive Filing Fee. Thank you in this
matter. With Attach Exhibits.

Cover Letter

Sincerely
Theodis
Dodson
5-18-15